Robert A. Anderson, ISB No. 2124
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:   (208) 344-5800
Facsimile:   (208) 344-5510
E-Mail: raanderson@ajhlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF IDAHO

| | |
|---|---|
| ECHO SANDEFUR,<br><br>                    Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a corporation,<br><br>                    Defendant. | Kootenai County District Court<br>Case No. CV 12-7438<br><br>**NOTICE OF REMOVAL**<br><br>**Filing Fee: $350.00** |

REMOVAL FROM DISTRICT COURT TO U.S. DISTRICT COURT

TO:     PLAINTIFF AND HER ATTORNEY OF RECORD, STARR KELSO, and THE CLERK OF ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, the Defendant, SAFECO INSURANCE COMPANY OF AMERICA, hereby removes the above-entitled cause of action from the District Court of the First Judicial District of the State of Idaho, in and for the

**NOTICE OF REMOVAL - 1**

County of Kootenai, to the United States District Court for the District of Idaho, based on the following grounds:

FIRST: That SAFECO INSURANCE COMPANY OF AMERICA is the Defendant in Civil Case No. CV 12-7438 brought against it in the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai, entitled *Echo Sandefur v. Safeco Insurance Company of America*. A copy of the Summons, Complaint, and Notice of Summons and Complaint in that action is attached hereto, together with a copy of the state court docket, and constitutes all process, pleadings and orders served upon Defendant in such action.

SECOND: That the aforementioned suit was commenced by service of a summons and complaint on the Director of the Idaho Department of Insurance per Idaho Code § 41-333 on October 19, 2012; which Summons and Complaint, together with Notice, was served on the Defendant by the Director of the Idaho Department of Insurance per Idaho Code § 41-334, on October 25, 2012.

THIRD: That the Plaintiff in the above-entitled action is a citizen of the State of Idaho; but that the Defendant in the above-entitled action is a foreign corporation with its state of incorporation and principal place of business located outside Idaho.

FOURTH: That the amount in controversy exceeds $75,000. The Plaintiff is seeking $50,000 in benefits under the insurance policy, general damages for breach of the covenant of good faith and fair dealing in an amount exceeding $10,000, as well as significant damages related to a claim for intentional infliction of emotional distress, along with claims for pre-judgment interest and attorney's fees.

FIFTH: That the controversy herein between the Plaintiffs and the Defendant involves parties which are citizens of different states where the amount in controversy exceeds $75,000 giving rise to jurisdiction in the federal district court pursuant to 28 U.S.C. § 1332.

WHEREFORE, Defendant prays that this cause proceed in the United States District Court for the District of Idaho as an action properly removed thereto.

DATED this 7th day of November, 2012.

ANDERSON, JULIAN & HULL LLP

By: _____
Robert A. Anderson, of the Firm
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November, 2012, I served a true and correct copy of the foregoing **NOTICE OF REMOVAL** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | |
|---|---|
| Starr Kelso<br>Attorney at Law #2445<br>1621 North 3rd, Suite 600<br>P.O. Box 1312<br>Coeur d'Alene, ID 83816-1312<br>Telephone: (208) 765-3260<br>Facsimile: (208) 664-6261 | ☐ U.S. Mail, postage prepaid<br>☐ Hand-Delivered<br>☐ Overnight Mail<br>☐ Facsimile<br>☐ Email<br>☒ ECF |

_____
Robert A. Anderson

NOTICE OF REMOVAL - 4

# Case Number Result Page

## Kootenai

**1 Cases Found.**

### Echo Sandefur vs. Safeco Insurance Company Of America

Case: **CV-2012-0007438**   District Filed: **10/10/2012**   Subtype: **Other Claims**   Judge: **Benjamin R. Simpson**   Status: **Pending**

Defendants: **Safeco Insurance Company Of America**
Plaintiffs: **Sandefur, Echo**

Register of actions:

| Date | |
|---|---|
| 10/10/2012 | New Case Filed - Other Claims |
| 10/10/2012 | Filing: A - All initial civil case filings of any type not listed in categories B-H, or the other A listings below Paid by: Kelso, Starr (attorney for Sandefur, Echo) Receipt number: 0041112 Dated: 10/10/2012 Amount: $96.00 (Check) For: Sandefur, Echo (plaintiff) |
| 10/10/2012 | Summons Issued |
| 10/26/2012 | Affidavit Of Service-10/19/12-Director of the Dept of Insurance |

*Connection: Public*

STARR KELSO
Attorney at Law #2445
1621 North 3rd, Suite 600
P.O. Box 1312
Coeur d'Alene, ID 83816-1312
PHONE: (208) 765-3260
FAX: (208) 664-6261

Attorney for Plaintiff

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | | |
|---|---|---|
| ECHO SANDEFUR, | : | CASE NO. 12-7438 |
| Plaintiff, | : | |
| vs. | : | SUMMONS |
| SAFECO INSURANCE COMPANY OF AMERICA, a corporation, | : | |
| Defendant. | : | |

NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF: THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.

TO: SAFECO INSURANCE COMPANY OF AMERICA, a corporation

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within 20 days after service of this Summons on you. If you fail to so respond the court may enter judgment against you as demanded by the Plaintiff in the Complaint.

A copy of the Complaint is served with this Summons. If you wish to seek the advice of or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10 (a) (1) and other Idaho Rules of Civil Procedure and shall also include:
    1. The title and number of this case.
    2. If you response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.
    3. Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

1 SUMMONS

4. Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this 10 day of October, 2011.

CLERK OF THE DISTRICT COURT

By _____Sherry Huffman_____
          Deputy Clerk

2  SUMMONS

Starr Kelso
Attorney at Law #2445
P.O. Box 1312
Coeur d'Alene, Idaho 83816
Tel: 208-765-3260
Fax: 208-664-6261

Attorney for Plaintiff

```
STATE OF IDAHO    )
COUNTY OF KOOTENAI ) SS
FILED:

2012 OCT 10 AM 11:19

CLERK DISTRICT COURT

_____
DEPUTY
```

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

ECHO SANDEFUR,

    Plaintiff,

vs.

SAFECO INSURANCE COMPANY
OF AMERICA, a corporation,

    Defendant.

CASE NO. 12-7438

COMPLAINT FOR DAMAGES
AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff ECHO SANDEFUR by and through her attorney, Starr Kelso, and hereby alleges and complains against the Defendant SAFECO INSURANCE COMPANY OF AMERICA.

## ALLEGATIONS

1. The Plaintiff Echo Sandefur (hereafter Sandefur) was at all times material hereto a resident of the County of Kootenai, State of Idaho.

2. Defendant Safeco Insurance Company of America (hereafter Safeco) was at all times material hereto a foreign insurance company licensed to do business in Kootenai County, State of Idaho, and at all times material hereto, has sold automobile insurance policies to residents of Idaho. All the material facts and circumstances set forth herein were acts and practices by authorized agents and representatives of Defendant Safeco.

1. COMPLAINT AND DEMAND FOR JURY TRIAL

Assigned to Judge Simpson

3. Defendant Safeco sold an Idaho Personal Auto Policy policy of insurance, policy number H1780454 to Lavalla Trapp, as named insured, and with Plaintiff Sandefur as a named and insured, with a policy period from September 16, 2007 through March 16, 2008. That said policy of insurance was in full force and effect on October 13, 2007.

4. On October 13, 2007, Plaintiff Sandefur was operating her motor vehicle, ID# JTDBT123730289041, which is insured under said policy of insurance, in the City of Coeur d'ALene, County of Kootenai, State of Idaho.

5. Pursuant to the contractual terms of said policy of insurance Defendant Safeco contracted to provide insurance benefits to Plaintiff Sandefur if, and on the occasion when, she suffered bodily injury as the result of a motor vehicle accident caused by an another motorist's ownership and or use of an uninsured motor vehicle, up to the maximum limit of insurance under the said policy of insurance of $50,000.00.

6. On October 13, 2007, while Plaintiff Sandefur was operating her said motor vehicle, as above stated, said motor vehicle was struck by another motor vehicle owned and or used by Shane McCrea. The motor vehicle accident was the direct and proximate result of the negligence of Shane McCrea.

7. That as a direct and proximate result of the negligence of Shane McCrea and the resultant accident, Plaintiff Sandefur suffered serious and permanent bodily injury which caused her to suffer physical and mental pain and suffering, loss of enjoyment of life, and injuries all to her general damage, in excess of $10,000.00, in amounts to be proven at the time of trial.

8. Defendant Safeco was timely put on notice of the accident, the uninsured status of the

2. COMPLAINT AND DEMAND FOR JURY TRIAL

owner and or user of Shane McCrea who was driving the said motor vehicle that caused the accident, and given the opportunity to investigate and evaluate the claim for insurance benefits and pay the insurance benefits due Plaintiff Sandefur under said policy of insurance

9. Plaintiff Sandefur is entitled as an insured under said policy of insurance to receive reasonable insurance benefits under the said insurance policy to compensate her for her said bodily injuries caused by Shane McCrea, because he was the uninsured owner and or user of the said motor vehicle causing said accident and Plaintiff Sandefur's bodily injuries.

10. Plaintiff Sandefur sought to amicably resolve her claim for insurance benefits under said policy of insurance. Plaintiff Sandefur provided Defendant Safeco with medical evaluations and a MRI report documenting the herniated disk that she suffered in the said collision.

11. Plaintiff Sandefur offered to resolve her claim for benefits under the said policy of insurance for less than the policy limits but after multiple attempts by Plaintiff Sandefur to resolve her said claim, Defendant Safeco, despite Plaintiff's bodily injury including but not limited to her herniated disk and the effect of it on her, declined her offer and on or about May 30, 2012, gave her a final offer of insurance benefits in the sum of only $2,500.00.

12. Plaintiff Sandefur declined the said offer and asked that her claim for insurance benefits under the said insurance policy be scheduled for arbitration because arbitration is a reasonable, prompt, and relatively inexpensive process and method to resolve disputes of this nature.

13. Defendant Safeco refused Plaintiff Sandefur's request that her claim for insurance benefits under said policy of insurance be arbitrated. It is alleged upon information and belief that Defendant Safeco routinely refuses to arbitrate claims such as Plaintiff Sandefur's claim because it believes that arbitrator(s), who are selected under the terms of the policy of insurance,

3. COMPLAINT AND DEMAND FOR JURY TRIAL

award insureds who are similarly situated as Plaintiff Sandefur more insurance benefits than they should receive for their respective injuries.

14. It is alleged upon information and belief that Defendant Safeco when it sold said insurance policy did not intend to negotiate in good faith and or arbitrate claims of insureds similarly situated as Plaintiff Sandefur and further that at no time did Defendant Safeco intend to reasonably negotiate and or agree to arbitration with Plaintiff Sandefur. As a result Defendant Safeco conducted its negotiations with Plaintiff Sandefur in bad faith and in so doing it breach of the implied covenant of good faith and fair dealing implied in all contracts.

15. As a result of Defendant Safeco's refusal to arbitrate, Plaintiff Sandefur has been left with no alternative but to file this lawsuit and pursue this litigation in order that she may recover the reasonable insurance benefits due her under said policy of insurance from Defendant Safeco for her bodily injuries.

16. It is alleged upon information and belief that some or all the Defendant Safeco's claims department representatives responsible for evaluating Plaintiff Sandefur's claim for benefits are located in Los Angeles, California.

17. No representative of Defendant Safeco has ever asked to meet with Plaintiff Sandefur to evaluate her claim for insurance benefits under said policy of insurance. To the best of Plaintiff Sandefur's knowledge no representative of Defendant Safeco has ever talked with Plaintiff Sandefur's doctors, or her relatives or friends, about her bodily injuries and their impact on her. Defendant Safeco has never requested an insurance medical examination of Plaintiff Sandefur.

18. It is alleged upon information and belief that the acts of Defendant Safeco, including but not limited to its refusal to submit the claim to arbitration, were intentionally taken in order to force Plaintiff Sandefur to institute this civil lawsuit in order to recover the insurance benefits

that are reasonably due her under the said policy of insurance and to cause her to suffer emotional stress and suffering, to suffer increased legal fees and expenses, and to further delay the payment of reasonable insurance benefits under said policy of insurance to Plaintiff Sandefur. It is alleged upon information and belief that Defendant Safeco's actions were utilized to be, and were intended to be, an economic means to compel Plaintiff Sandefur to settle her claim for insurance benefits under said policy of insurance for less than what she is reasonably entitled to receive.

19. Plaintiff Sandefur is entitled to receive reasonable insurance benefits under said policy of insurance in a sum in excess of $10,000.00 as a result of her bodily injuries suffered in said accident.

20. Plaintiff Sandefur is entitled to damages in excess of $10,000.00 due to Defendant Safeco's breach of the implied covenant of good faith and fair dealing in said contractual policy of insurance.

21. That as a result of the intentional infliction of emotional stress exerted by Defendant Safeco, by forcing Plaintiff Sandefur to institute this civil lawsuit to recover the reasonable insurance benefits under said policy of insurance that she is reasonably entitled to receive, she has suffered emotional stress and she is entitled to an award of insurance benefits under said insurance policy and damages in a sum in excess of $10,000.00.

## DEMAND FOR TRIAL BY JURY

22. Plaintiff Sandefur demands trial by a jury of twelve of her peers on all issues in this litigation.

## PRAYER FOR RELIEF

WHEREFORE Plaintiff Sandefur prays for an award of insurance benefits under said policy of insurance and damages and relief as follows:

5. COMPLAINT AND DEMAND FOR JURY TRIAL

1. The insurance benefits reasonably due Plaintiff Sandefur under the said policy of insurance as and for special and general damages suffered by her as a direct and proximate result of the serious and permanent bodily injury, physical and mental pain and suffering, and loss of enjoyment of life as a direct and proximate result of the said motor vehicle accident in an amount in excess of $10,000.00 in an amount to be proven at trial in this matter.

2. General damages in a sum in excess of $10,000.00 for Defendant Safeco's breach of the implied covenant of good faith and fair dealing in said contract of insurance in an amount to be proven at trial in this matter.

3. General damages in a sum in excess of $10,000.00 for Defendant Safeco's intentionally causing Plaintiff Sandefur to suffer emotion stress by its refusal to arbitrate this matter under its said policy of insurance.

4. For leave to amend this complaint to assert a claim for punitive damages after motion and upon a proper showing to the Court.

5. For attorney fees and costs incurred in litigating this matter.

6. For such other and further relief that the Court deems just and proper

Dated this _10_ day of October, 2012.

_____
Starr Kelso
Attorney for Plaintiff Echo Sandefur

6. COMPLAINT AND DEMAND FOR JURY TRIAL



**STATE OF IDAHO**
**DEPARTMENT OF INSURANCE**
P.O. Box 83720
Boise, Idaho 83720-0043

CERTIFIED MAIL
7007 0710 0002 8005 5856

SAFECO INSURANCE COMPANY OF AMERICA
% CORPORATION SERVICE COMPANY
12550 W. EXPLORER DRIVE, SUITE 100
BOISE ID 83713



CORPORATION SERVICE COMPANY

# Notice of Service of Process

CHS / ALL
Transmittal Number: 10477134
Date Processed: 10/26/2012

**Primary Contact:**  Stephanie Finklea - MS: 07C
Liberty Mutual Insurance Company
175 Berkeley Street
Boston, MA 02117

| | |
|---|---|
| **Entity:** | Safeco Insurance Company Of America<br>Entity ID Number 2781189 |
| **Entity Served:** | Safeco Insurance Company of America |
| **Title of Action:** | Echo Sandefur vs. Safeco Insurance Company of America |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Kootenai County District Court, Idaho |
| **Case/Reference No:** | 12-7438 |
| **Jurisdiction Served:** | Idaho |
| **Date Served on CSC:** | 10/26/2012 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | ID Department of Insurance on 10/25/2012 |
| **How Served:** | Certified Mail |
| **Sender Information:** | Starr Kelso<br>208-765-3260 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

*State of Idaho*
**DEPARTMENT OF INSURANCE**

C.L. "BUTCH" OTTER
Governor

700 West State Street, 3rd Floor
P.O. Box 83720
Boise, Idaho 83720-0043
Phone (208)334-4250
FAX # (208)334-4398

WILLIAM W. DEAL
Director

October 25, 2012

Corporation Service Company
12550 W. Explorer Drive, Suite 100
Boise ID 83713

Re: Sandefur v Safeco Insurance Company of America

Dear Sirs,

I sent this Summons and Complaint to the wrong address. I apologize for the delay.

Sincerely,

Teresa Jones
Assistant to the Director
Idaho Department of Insurance
208-334-4217
208-334-4398 (fax)


Cc: Starr Kelso