Robert A. Anderson, ISB No. 2124
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:     (208) 344-5800
Facsimile:      (208) 344-5510
E-Mail: raanderson@ajhlaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ECHO SANDEFUR,<br><br>                    Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a corporation,<br><br>                    Defendant. | 2:12-cv-00556-CWD<br><br>**STIPULATION FOR DISMISSAL** |

COME NOW the above-entitled parties, by and through their respective counsel, and stipulate that the above-entitled action, having been fully compromised and settled, shall be dismissed with prejudice and without costs or fees to any party.

**STIPULATION FOR DISMISSAL** - 1

DATED this 21st day of January, 2014

By: /s/ Starr Kelso
Starr Kelso
*Attorney for Plaintiff*

DATED this 24th day of January, 2014.

ANDERSON, JULIAN & HULL LLP

By: /s/ Robert A. Anderson
Robert A. Anderson, of the Firm
*Attorneys for Defendant*

**STIPULATION FOR DISMISSAL** - 2